IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SEAN KENNEDY, et al. | ) |
| | ) |
| v. | ) NO. 2-11-0004 |
| | ) JUDGE CAMPBELL |
| KENDA RUBBER INDUSTRIAL CO., | ) |
| LTD, et al. | ) |

ORDER

Pending before the Court is Defendant's Motion to Consolidate (Docket No. 7). Defendant Parts Unlimited represents that this case is the exact same case as *Kennedy v. Kenda Rubber Industrial Co., Ltd.*, Case No. 2-11-0003, also pending in this Court.

The Motion is GRANTED, and this action is consolidated with Case No. 2-11-0003. The consolidated case is referred to Magistrate Judge Knowles for customized case management and to affect the consolidation as appropriate.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE